UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>21-80039-cr-RLR(s)</u>

**UNITED STATES OF AMERICA,**

v.

**SUZANNE KAYE,**

    **Defendant.**
_____/

**<u>GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS
OF SUPERVISED RELEASE (DE 227)</u>**

    The United States, by and through the undersigned Assistant United States Attorney, files this Motion for an Extension of Time to File a Response to Defendant's Motion to Modify Conditions of Supervised Release (DE 227). In support of this motion, the government states the following:

    1.    On July 12, 2024, defendant Kaye filed a Motion to Modify Conditions of Supervised Release to allow her to take ingest marijuana while on Supervised Release to treat her seizures. The Government's response is due on or before July 26, 2024.

    2.    Undersigned counsel has been diligently working on meeting several filing deadlines in other case in the past two weeks. For example, last week undersigned counsel spent several hours preparing and filing a status report which was due on Friday, July 19, 2024, in the matter of *United States v. Haitham Yousef Alhindi*, 22-80085-cr-AMC. *Alhindi* involves a defendant who currently has been found not competent to proceed and is being evaluated for civil commitment. The information contained in the status report required several hours to

compile and prepare. Additionally, the defendant in that case recently filed a Motion to Dismiss the Indictment. Undersigned counsel's response is due on Tuesday, July 30, 2024.

3. Undersigned counsel has also been preparing a response to objections to a Pre-Sentence Investigation Report in *United States v. Shapiro*, 24-80007-cr-LEIBOWITZ. The Government's response in *Shapiro* is due on July 25, 2024.

4. Finally, undersigned counsel is scheduled to be on annual leave for a family vacation from July 24, 2024, through July 26, 2024.

5. Undersigned counsel has been unable to contact counsel of record for the defendant to determine whether she objects to this request.

6. Due to the aforementioned schedule, undersigned counsel respectfully requests an extension of seven days to prepare its response in the instant matter.

WHEREFORE, the government requests that this Motion for Extension of Time to File a Response to Defendant's Motion to Modify Conditions of Supervised Release be granted thereby extending the due date for the government's response to Friday, August 2, 2024.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   /s Mark Dispoto
MARK DISPOTO
Assistant United States Attorney
Court ID No. A5501143
500 S. Australian Avenue
West Palm Beach, Florida 33401
Tel: (561) 209-1032
Mark.Dispoto@usdoj.gov

2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this the 24th day of July, 2024, I electronically filed the foregoing Motion for Extension of Time to File Response to Defendant's Motion to Modify Conditions of Supervised Release using the CM/ECF system.

/s Mark Dispoto
MARK DISPOTO
Assistant United States Attorney
