UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80039-CR-ROSENBERG

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SUZANNE ELLEN KAYE,

    Defendant.
_____:

**UNOPPOSED MOTION TO EARLY TERMINATE SUPERVISED RELEASE**

Defendant, Suzanne Ellen Kaye, through undersigned counsel, files this unopposed motion to early terminate her supervised release.

On June 7, 2024, Ms. Kaye was released from her 18-month prison sentence for making online threats and commenced her two year period of supervised release. *See* DE 169, https://www.bop.gov/inmateloc/. Ms. Kaye has successfully completed more than half of her period of supervised release. According to USPO Adrien Lieber, Ms. Kaye is compliant with her conditions of supervision.

Ms. Kaye's mother has Alzheimer's and requires a caretaker. A doctor's note requesting Ms. Kaye's assistance in California to reside with and care for her mother was provided to the U.S. Probation Office and to the government and is attached to this filing. Additional records supporting Ms. Kaye's mother's diagnosis have also been provided to the U.S. Probation Office.

AUSA Mark Dispoto and U.S. Probation Officer Adrian Lieber have no objection to Ms. Kaye terminating her supervision at this time.

Therefore, Ms. Kaye respectfully requests this Court grant her request to terminate her supervised release.

Respectfully submitted,

HECTOR A DOPICO
Federal Public Defender

*s/ Kristy Militello*
Kristy Militello
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 0056366
250 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
Kristy_Militello@fd.org

CERTIFICATE OF SERVICE

I hereby certify that August 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Kristy Militello*
Kristy Militello